IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 04-20330-Ma

RICKY BROWN,

    Defendant.

---

### ORDER WAIVING APPEARANCE AT REPORT DATE

---

Before the court is the June 23, 2005, motion of defendant Ricky Brown, to waive his appearance at the report date on June 24, 2005.

The defendant's signed waiver of appearance is filed with this order. For good cause shown, Ricky Brown's appearance is waived at the report date set on June 24, 2005, based on his written waiver.

It is so ORDERED this 24th day of June, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-28-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 91 in case 2:04-CR-20330 was distributed by fax, mail, or direct printing on June 28, 2005 to the parties listed.

---

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT