IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ℒq D.C.
05 DEC -1 PM 3: 15

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN - MEMPHIS

UNITED STATES OF AMERICA,

VS.                                           NO. 04-20330-Ma

RICKY BROWN,

    Defendant.

---

ORDER RESETTING SENTENCING DATE

---

Before the court is the defendant's November 29, 2005, motion to reset the sentencing of Ricky Brown, which is presently set for December 5, 2005. For good cause shown, the motion is granted. The sentencing of defendant Ricky Brown is **reset to Wednesday, December 21, 2005, at 1:30 p.m.**

It is so ORDERED this 30th day of November, 2005.

/s/ Samuel H. Mays, Jr.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  12-01-05

/35

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 135 in case 2:04-CR-20330 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Lorraine Craig
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Michael Edwin Scholl
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Daniel L Johnson
DANIEL JOHNSON & ASSOCIATES
2552  Poplar
Ste 213
Memphis, TN 38112

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT